FILED

APR 2 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENATO BERNALDO PAULIN<br><br>Defendant. | Case No. 06 CR 0274 (BTM)<br><br>**[PROPOSED] ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 931 Palencia Place, Chula Vista, California 91910 be released and reconveyed to Renato Bernaldo Paulin.

**SO ORDERED.**

Dated: __4/26__, 2007

By: _____
The Honorable Barry T. Moskowitz
United States District Court Judge

William McCurine, Jr.

Case No. 06 CR 0274 (BTM)

C:\DOCUME~1\Roiannb\LOCALS~1\Temp\notes1C7949\U.S. v. Paulin - [Proposed] Order Exonerating Criminal Bond and Reconveyance of Trust Deed.DOC

-1-

[PROPOSED] ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF DEED OF TRUST