FILED
07 MAY -4 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RENATO BERNALDO PAULIN, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 06 CR 0274 (BTM)<br><br>[PROPOSED] AMENDED ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED |

(handwritten above [PROPOSED]: "wmc")

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 931 Palencia Place, Chula Vista, California 91910, be released and reconveyed to surety Renato Bernaldo Paulin at 931 Palencia Place, Chula Vista, California 91910.

**SO ORDERED.**

Dated: May 4, 2007

By: _____
The Honorable William McCurine, Jr.
United States District Court Judge

C:\DOCUME~1\Roiannb\LOCALS~1\Temp\notes1C7949\05.03.07 - U.S. v. Paulin - [Proposed] Amended Order Exonerating Criminal Bond and Reconveyance of Trust Deed.DOC

-1-

Case No. 06 CR 0274 (BTM)