FILED

JUL 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06 CR 0274 (BTM) |
| Plaintiff, | **ORDER ALLOWING PARALEGAL REIMBURSEMENT** |
| v. | |
| RENATO BERNALDO PAULIN, | |
| Defendant. | |

Having reviewed Defendant's Motion for an Order Allowing Paralegal Reimbursement, and good cause appearing therefor,

IT IS HEREBY ORDERED that paralegal reimbursement shall be in the amount of $75 per hour, subject to Court approval of all time claimed on CJA Form 20. Such reimbursement shall be for time spent after December 22, 2006.

**SO ORDERED.**

Dated: July 12, 2007

By: _____
Honorable Barry T. Moskowitz
United States District Court Judge