FILED
2007 SEP 20 PM 4:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____CP_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RENATO BERNALDO PAULIN,<br><br>           Defendant. | Criminal Case No. 06cr0274-BTM<br><br>ORDER RE: CJA VOUCHER |

    This matter came before the court on the application of S. Todd Neal, Esq., for approval of his two CJA vouchers in the amount of $18,418.40 in fees, plus expenses in the amount of $1,042.66, and, $3,581.40 in fees, plus expenses in the amount of $58.79, respectively, for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

    After reviewing the record and Mr. Neal's letter dated July 17, 2007, which is attached to the voucher, the court finds that the representation was clearly in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Mr. Neal accepted this representation in a complex Medicare fraud case that involved substantial discovery. Therefore the district court approves the combined vouchers in the amount of $21,999.80 in fees, plus $1,101.45 in expenses, for a total of $23,101.25.

    Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: September 18, 2007

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

06cr0274